IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRIE L. POWERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3016 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to proceed in forma pauperis (filing no. 2) is granted and plaintiff shall be allowed to proceed without payment of the filing fee.

DATED February 2, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge