IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRIE L. POWERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3016 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The records of the court show that on January 29, 2009, (filing no. 5), a letter was sent to attorney Greg C. Harris from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of March 10, 2009, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

IT THEREFORE HEREBY IS ORDERED,

On or before **March 24, 2009,** attorney Greg C. Harris shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 10th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge