IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRIE L. POWERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3016 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The plaintiff's unopposed motion to extend the briefing schedule, (filing no. 15), is granted.

2) The briefing dates are extended as follows:

    a. Plaintiff shall file a brief by July 20, 2009;

    b. Defendant shall file a brief by August 19, 2009;

    c. Plaintiff may file a reply brief by September 2, 2009

    d. This case shall be ripe for decision on September 3, 2009.

DATED this 15th day of July, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge